KELLY FORMAN, Respondent, v MARK HENKIN, Appellant.

Submitted April 10, 2017; decided April 27, 2017

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.